# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA MARIE SARGENT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHLAND INSURANCE COMPANY,<br><br>　　　　　Defendant. | 2:15-cv-00613-RFB-VCF<br>**ORDER** |

　　　Before the court are the parties' proposed limited discovery plans and scheduling orders (#38 & #39).

　　　IT IS HEREBY ORDERED that a telephonic discovery hearing is scheduled for 3:00 p.m., March 10, 2016. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

　　　DATED this 8th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE