# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA MARIE SARGENT,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHLAND INSURANCE COMPANY,<br><br>        Defendant. | 2:15-cv-00613-RFB-VCF<br>**ORDER** |

      Before the court is the Stipulation to Participate in Discovery Hearing (#44). The parties request a telephonic hearing. In light of the discovery issue raised by the parties, this will not be a telephonic hearing. The hearing will be held in courtroom 3D.

      Accordingly,

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., March 24, 2016, in courtroom 3D.

      IT IS FURTHER ORDERED that the Stipulation to Participate in Discovery Hearing (#44) is GRANTED in part and DENIED in part.

      DATED this 22nd day of March, 2016.

                                                    _____

                                                  CAM FERENBACH<br>                                                  UNITED STATES MAGISTRATE JUDGE